UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20010-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

YVES JEAN-JACQUES,

           **Defendant.**

_____/

### FACTUAL PROFFER

The United States of America and Defendant Yves Jean-Jacques ("the Defendant") agree that had this case proceeded to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida.

The state agency that runs the unemployment insurance ("UI") system in the State of Arizona is the Arizona Department of Economic Security ("ADES"). The Defendant at all relevant times was a resident of the State of Florida and was ineligible for UI benefits from ADES.

On June 7, 2020, the Defendant applied online for UI benefits with ADES in the name and with the SSN of "Y.J." In the application, the Defendant knowingly made false and material misrepresentations to ADES, including that Y.J. was a plastic surgeon, that Y.J. was an Arizona resident and worker, and that Y.J.'s employment had been impaired by COVID-19. To receive UI benefits, the Defendant submitted to ADES the Defendant's bank account at the Publix Employees Federal Credit Union (the "Publix Account"). ADES approved the application and, on June 8, 2020, paid $8,106 into the Publix Account and, on June 16, 2020, paid $717 into the Publix Account.

On June 18, 2020, the Defendant applied in his own name for UI benefits with ADES.

The Defendant knowingly made material and false representations to ADES, including his residence, employment history, and the effect of COVID-19 on his employment. ADES accepted the application, and, on June 19, 2020, ADES paid $7,850 into the Publix Account.

The Defendant also applied for UI benefits with ADES in the name and with the PII of "J.C.," "R.T., and "L.S." In each application, the Defendant made false and material misrepresentations about the applicant's occupation, employment history, residence, and the effect of COVID-19 on the applicant's employment. Before submitting these applications, the Defendant opened deposit accounts at PNC Bank and Truist Bank in the name of J.C. (the "J.C. Accounts").

On June 1, 2020, the Defendant applied online to ADES for UI benefits in the name of J.C. ADES accepted the application and, between June 1, 2020, and July 14, 2020, ADES paid $11,691 in UI benefits to J.C., comprising debit cards and direct deposit to the J.C. Accounts.

On June 12, 2020, the Defendant applied online for UI benefits with ADES in the name of "R.T." ADES accepted the application and, between June 16, 2020 and September 28, 2020, ADES paid $16,812 in UI benefits to R.T., comprising debit cards and direct deposit to the J.C. Accounts.

On June 13, 2020, the Defendant applied online for UI benefits with ADES in the name of "L.S." ADES accepted the application and, between June 16, 2020 and September 28, 2020, ADES paid $16,695 in UI benefits to R.T., comprising debit cards and direct deposits to the J.C. Accounts.

The Defendant used the UI benefits that resulted from his fraudulent scheme for his own benefit, including renting a sports car. The actual loss to ADES because of these fraudulent claims is $61,871. Neither Y.J., J.C., R.T, nor L.S. gave the Defendant consent to use his or her PII or apply for benefits on his or her behalf. Each online application caused the transmission of

a wire from the Southern District of Florida to the State of Arizona.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit that it is sufficient to prove beyond a reasonable doubt wire fraud, in violation of Title 18, United States Code, Section 1343, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1), as charged in the indictment.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 5/23/22   By: _____
JONATHAN R. BAILYN
ASSISTANT UNITED STATES ATTORNEY

Date: 5/23/22   By: _____
SCOTT SAUL                       717-575
ATTORNEY FOR DEFENDANT

Date: 5/23/22   By: _____
YVES JEAN-JACQUES
DEFENDANT

3